UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
*Burks v. CR Bard et al.*,
Case No. 2:19-cv-5014

## OPINION AND ORDER

On November 14, 2019, Plaintiffs Brandy Burks and Jerrod Burks filed a complaint in this multidistrict litigation ("MDL"). (ECF No. 1.) Pursuant to this Court's Case Management Order ("CMO") No. 8, "[e]ach Plaintiff in an action in MDL 2846 shall complete and serve upon Defendants via email a completed [Patient Profile Form ("PPF")] . . . along with all duly executed authorizations for the release of relevant medical records, within 60 days after Defendants serve their Short Form Answer upon a Plaintiff." (Case No. 18-md-2846, ECF No. 57 at PageID #895.) Defendants filed their Short Form Answer on December 5, 2019. (ECF No. 2.) Plaintiffs did not produce a PPF within 60 days as required by CMO No. 8 and have not corrected this defect. Defendants filed a Motion to Dismiss the case based on Plaintiffs' failure to produce a PPF. (ECF No. 5.) Plaintiffs did not file a response in opposition to the Motion, therefore the Court will treat the Motion as unopposed. *See* Local Civil Rule 7.2 ("Any memorandum in opposition shall be filed within twenty-one days after the date of the service of the motion."). Accordingly,

1

Defendants' Motion to Dismiss is **GRANTED** and Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**


<u>**2/11/2022**</u>                                        <u>**s/Edmund A. Sargus, Jr.**</u>
**DATE**                                                 **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**